

FILED
CLERK, U.S. DISTRICT COURT

SEP 25 2009
9-25-09

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC., | Case No. 2:05-cv-09011 DDP (AJWx) |
| Plaintiff, | [~~PROPOSED~~] **CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT HUE D. DIEP** *ONLY* |
| vs. | |
| YANJUN JI, et al., | |
| Defendants. | |

LA: 567815v2

1

2   Pursuant to an agreement between the parties, Final Judgment is hereby entered

3   in favor of Plaintiff Philip Morris USA Inc. ("Philip Morris USA") and against

4   Defendant Hue D. Diep, also known as Jimmy Yip ("Defendant"), on Philip Morris

5   USA's claims for violation of the Lanham Act, 15 U.S.C. §§ 1114(1), 1124 &

6   1125(a) and the Tariff Act, 19 U.S.C. § 1526, and California common law unfair

7   competition.  Pursuant to this Final Judgment, it is hereby ORDERED, ADJUDGED

8   and DECREED as follows:

9      1. Defendant, his officers, agents, servants, employees, and attorneys, and all

10        persons in active concert or participation with him, are hereby permanently

11        enjoined from:

12          a. Manufacturing, importing, exporting, distributing, selling, offering to

13            sell, possessing, or otherwise using in commerce any cigarettes in

14            packaging bearing any Philip Morris USA trademark, including but

15            not limited to the MARLBORO® and MARLBORO LIGHTS®

16            trademarks, or any facsimile, copy or counterfeit thereof; and

17          b. Assisting, aiding or abetting any other person or entity in

18            manufacturing, importing, exporting, distributing, selling, offering to

19            sell, possessing, or otherwise using in commerce any cigarettes in

20            packaging bearing any Philip Morris USA trademark, including but

21            not limited to the MARLBORO® and MARLBORO LIGHTS®

22            trademarks, or any facsimile, copy or counterfeit thereof.

23      2. Pursuant to 15 U.S.C. § 1117(c), statutory damages in the amount of

24        $4,000,000 are hereby awarded against Defendant and in favor of Philip

25        Morris USA, as a remedy for Philip Morris USA's claims under the

26        Lanham Act and under the Tariff Act.

27      3. This Court shall retain jurisdiction over this action to enforce the terms of

28        this Consent Judgment and Permanent Injunction.

1

2          4.  Each party is to bear its own costs and attorneys' fees.

3

4

5     Dated:   _9- 25-_ , 2009

6                                                        _____
                                                        DEAN D. PREGERSON
7                                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28