1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PHILIP MORRIS USA INC., | Case No. CV 05-09011 DDP (AJWx) |
|---|---|
| Plaintiff, | **CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT ALAN HWANG ONLY** |
| vs. | |
| YANJUN JI, et al., | |
| Defendants. | |

Pursuant to an agreement between the parties, Final Judgment is hereby entered in favor of Plaintiff Philip Morris USA Inc. ("Philip Morris USA") and against Defendant Alan Hwang ("Defendant") on Philip Morris USA's claims for violation of the Lanham Act, 15 U.S.C. §§ 1114(1), 1124 & 1125(a) and the Tariff Act, 19 U.S.C. § 1526, and California common law unfair competition.  Pursuant to this Final Judgment, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Defendant, his officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with him, are hereby permanently enjoined from:

   a. Manufacturing, importing, exporting, distributing, selling, offering to sell, possessing, or otherwise using in commerce any cigarettes in packaging bearing any Philip Morris USA trademark, including but not limited to the MARLBORO® and MARLBORO LIGHTS® trademarks, or any facsimile, copy or counterfeit thereof; and

   b. Assisting, aiding or abetting any other person or entity in manufacturing, importing, exporting, distributing, selling, offering to sell, possessing, or otherwise using in commerce any cigarettes in packaging bearing any Philip Morris USA trademark, including but not limited to the MARLBORO® and MARLBORO LIGHTS® trademarks, or any facsimile, copy or counterfeit thereof.

2. Pursuant to 15 U.S.C. § 1117(c), statutory damages in the amount of $4,000,000 are hereby awarded against Defendant and in favor of Philip Morris USA, as a remedy for Philip Morris USA's claims under the Lanham Act and under the Tariff Act.

///

///

///

3. This Court shall retain jurisdiction over this action to enforce the terms of this Consent Judgment and Permanent Injunction.

4. Each party is to bear its own costs and attorneys' fees.

Dated:  October 05, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE